IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ashley, Donna

Printed: 11/04/08

Case Number:  08 B 18265
Judge:  Squires, John H
Filed:  7/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 49,000.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 87,000.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 32.59 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 58.36 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 408.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 587.29 | 0.00 |
| 9. | 680 Board Of Directors Condo Association | Secured | | No Claim Filed |
| 10. | 111 E Chestnut Condominium Association | Secured | | No Claim Filed |
| 11. | 680 Board Of Directors Condo Association | Unsecured | | No Claim Filed |
| 12. | 111 E Chestnut Condominium Association | Unsecured | | No Claim Filed |
| 13. | Lakeshore Place Electric | Unsecured | | No Claim Filed |
| 14. | Internal Revenue Service | Unsecured | | No Claim Filed |
| | | | $ 137,086.24 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ashley, Donna

Printed: 11/04/08

Case Number:  08 B 18265

Judge:  Squires, John H

Filed:  7/16/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

